|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADA AMAYA, | No. 2:25-cv-04789-JAK (RAOx) |
| Plaintiff, | **ORDER RE STIPULATION FOR DISMISSAL (DKT. 10)** |
| v. | **[JS6]** |
| COSTCO WHOLESALE CORPORATION, et al., | |
| Defendants. | |

1

Based on a review of the Stipulation for Dismissal (the "Stipulation" (Dkt. 10)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

This action is dismissed in its entirety, with prejudice. Each party shall bear its own attorney's fees and costs. All pending dates and deadlines are vacated. The case shall be closed by the Clerk.

**IT IS SO ORDERED.**

Dated: September 05, 2025

_____

John A. Kronstadt

United States District Judge